UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SAID RILEY, | ) | CV 13-9111-JLS (AJW) |
| | ) | |
|      Petitioner, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| DAVID BAUGHMAN, | ) | |
| | ) | |
|      Respondent. | ) | |
| _____ | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.


Dated: October 25, 2016

_____
Josephine L. Staton
United States District Judge